PS 8
(Rev. 12/04)

# SEALED

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEBRASKA

4:24-mj-231

U.S.A. vs. Jose Luis Deleon                                    Docket No. 4:15CR03009

Petition for Action on Conditions of Pretrial Release

      COMES NOW Kala A. Hayden, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Luis Deleon, who was placed under pretrial release supervision by the Honorable Cheryl R. Zwart sitting in the Court at Lincoln, on February 12, 2015, under the following conditions:

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Mr. Jose Luis Deleon failed to appear for his change of plea hearing scheduled for 2:30 PM on July 14, 2015, before U.S. Magistrate Judge Zwart. Pretrial Services has been unsuccessful in our attempts to contact the defendant. An associate of Mr. Deleon, Monica Pablo advised no one has seen the defendant since he left for work on July 13, 2015. She added all of his belongings are in his residence, but his whereabouts are unknown at this time.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE ARREST OF THE DEFENDANT, REQUIRING HIM TO APPEAR AND ANSWER TO THESE ALLEGATIONS.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __15th__ day of __July__, 20 _15_ and ordered filed and made a part of the records in the above case. | Executed on: July 15, 2015 |
| _____ <br> U.S. Magistrate Judge | _____ <br> U.S. Probation Officer <br><br> Reviewed and Approved by: <br><br> _____ <br> Troy Greve <br> Supervising U.S. Probation and Pretrial Services Officer |